| | |
|---|---|
| Mark A. Fuller (012149) | Thomas C. Borders (*pro hac vice*) |
| Patrick J. McGroder III (002598) | McDERMOTT WILL & EMERY LLP |
| Robert W. Boatman (009619) | 227 W. Monroe Street |
| Shannon L. Clark (019708) | Chicago, IL 60606 |
| GALLAGHER & KENNEDY, P.A. | (312) 372-2000 |
| 2575 E. Camelback Rd. | |
| Phoenix, AZ 85016-9225 | J. Alexander Grimsley (019111) |
| (602) 530-8000 | BRYAN CAVE LLP |
| | Two North Central Ave., Suite 2200 |
| Attorneys for Plaintiffs | Phoenix, AZ 85004-4406 |
| | (602) 364-7000 |
| | |
| | Attorneys for Bryan Cave LLP |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVE HILDEBRANDT, and DESERT VISTA MARKETING GROUP, INC. | CASE NO. CV 08-825-PHX-MHM |
| Plaintiffs, | (Part of MDL No. 1983; Civil Action No. 3:08-CV-1815-B in the Northern District of Texas, Dallas Division) |
| v. | |
| BRYAN CAVE LLP, et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR FINAL JUDGMENT** |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND REQUEST FOR FINAL JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Dave Hildebrandt and Desert Vista Marketing Group, Inc. (collectively, "Plaintiffs") and counsel for Defendant Bryan Cave LLP ("Bryan Cave"), that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' settlement of this litigation, all claims in the above-entitled action are hereby DISMISSED WITH PREJUDICE as between Plaintiffs and Bryan Cave, with Plaintiffs and Bryan Cave to bear their own attorneys' fees, costs, and other expenses.

IT IS FURTHER REQUESTED by Plaintiffs and Bryan Cave that the Court execute and enter the proposed Order of Dismissal with Prejudice and Final Judgment submitted herewith

IT IS SO STIPULATED AND REQUESTED:

| PLAINTIFFS | BRYAN CAVE |
|---|---|
| By: ___/s/ Mark A. Fuller_____ | By: ___/s/ Thomas C. Borders_____ |
| Mark A. Fuller<br>GALLAGHER & KENNEDY P.A.<br>2575 E. Camelback Rd., Suite 1100<br>Phoenix, AZ 85016-9225 | Thomas C. Borders<br>McDERMOTT WILL & EMERY LLP<br>227 W. Monroe Street<br>Chicago, IL 60606 |
| *Attorneys for Plaintiffs Dave Hildebrandt and Desert Vista Marketing Group, Inc.* | *Attorneys for Bryan Cave LLP* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVE HILDEBRANDT, and DESERT VISTA MARKETING GROUP, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN CAVE LLP, et al.,<br><br>Defendants. | CASE NO.  CV 08-825-PHX-MHM<br><br>(Part of MDL No. 1983; Civil Action No. 3:08-CV-1815-B in the Northern District of Texas, Dallas Division)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT** |

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Came on to be considered in the above-referenced action, the Stipulation of Dismissal with Prejudice and Request for Final Judgment (the "Stipulation") submitted by Plaintiffs Dave Hildebrandt and Desert Vista marketing Group, Inc. (collectively, "Plaintiffs") and Defendant Bryan Cave LLP ("Bryan Cave").  Upon consideration, the Court finds that the Stipulation is well-taken.  It is therefore ORDERED that all claims asserted by Plaintiffs against Bryan Cave in this action are hereby DISMISSED WITH PREJUDICE.  In addition, it is ORDERED that Plaintiffs and Bryan Cave shall bear their own attorneys' fees, costs, and other expenses.

This is a FINAL JUDGMENT FOR all purposes.

SIGNED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE